UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. 3:09-00125 |
| ) | Chief Judge Haynes |
| LOUIS J. LEVINE, ) | |
| Defendant. ) | |

### MOTION OF THE UNITED STATES FOR ISSUANCE OF A WRIT OF ENTRY

*[Handwritten annotation: Counsel / Thos nushan / is granted / [signature] / 10-15-12]*

The United States moves the Court for the issuance of a Writ of Entry on real property more fully described below as authorized by 18 U.S.C. § 2253(b) which incorporates 21 U.S.C. § 853, for the purpose of conducting an inspection, inventory, and/or appraisal of the real property and seizing the real property to conduct any maintenance or repairs deemed reasonable and necessary to preserve the value of the real property, which is believed to be vacant. Pursuant to the Preliminary Order of Forfeiture (D.E. 101), real property commonly described as 133 Alton Road, Nashville, Tennessee, and more particularly described as:

> Land in Davidson County, Tennessee, being Lot No. 21 of Block B on the Plan of the Second Revision of the Highlands of Belle Meade, No. 2, of record in Book 1130, page 62, Register's Office for said County.
>
> Said Lot fronts 100 feet on the south side of Alton Road and runs back between parallel lines, 200 feet to a dead line.
>
> Being the same property conveyed to Morris Levine and wife, Virginia H. Levine, by deed from T. R. Griffin and wife, Dorothy Fields Griffin, of record in Book 2030, page 527, Register's Office for Davidson County, Tennessee. The said Virginia H. Levine having since died.