UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>LOUIS J. LEVINE, )<br>)<br>Defendant. ) | No. 3:09-00125<br>Chief Judge Haynes |

## WRIT OF ENTRY FOR 133 ALTON ROAD

This Court having issued a Preliminary Order of Forfeiture on September 24, 2012 forfeiting Defendant Louis J. Levine's interest in the following real property for violations of federal law:

> **Real property located at 133 Alton Road, Nashville, Tennessee,** and more particularly described as:
>
> Land in Davidson County, Tennessee, being Lot No. 21 of Block B on the Plan of the Second Revision of the Highlands of Belle Meade, No. 2, of record in Book 1130, page 62, Register's Office for said County.
>
> Said Lot fronts 100 feet on the south side of Alton Road and runs back between parallel lines, 200 feet to a dead line.
>
> Being the same property conveyed to Morris Levine and wife, Virginia H. Levine, by deed from T. R. Griffin and wife, Dorothy Fields Griffin, of record in Book 2030, page 527, Register's Office for Davidson County, Tennessee. The said Virginia H. Levine having since died.
>
> Being the same property conveyed to Louis J. Levine by deed from Morris Levine of record in Book 5061, page 469, Register's Office for Davidson County, Tennessee. The said Morris Levine having since died.

(hereinafter referred to as "Subject Property"); and

The United States having moved for issuance of a Writ of Entry as provided in 21 U.S.C. § 853 authorizing it to enter the Subject Property, including any structures, for the purpose of conducting an inspection, inventory, and/or appraisal of the Subject Property and seizing the Subject Property to conduct any maintenance or repairs deemed reasonable and necessary to preserve the value of the Subject Property;

IT IS HEREBY ORDERED that the United States Marshals Service or its designee, are hereby authorized:

1. To enter the Subject Property, including any structures, on one or more occasions during the pendency of this ancillary proceeding, using whatever force deemed necessary, for the purpose of conducting an inspection, inventory, and/or appraisal of the Subject Property; and

2. To be accompanied on any such occasion by any appraiser(s) selected by it for the purpose of appraising the condition and value of the Subject Property pursuant to 21 U.S.C. § 853, which appraisal may include, among other means, still and video photography; and

3. To seize and secure the Subject Property should they determine it is vacant, and to conduct any maintenance or repairs they deem reasonable and necessary to preserve the value of the Subject Property; and

4. To be accompanied on any such occasion by any government and contract personnel selected by it for the purpose of conducting an inspection and inventory of the Subject Property, which inspection and inventory may include, among other means, still and video photography; and

5. To be accompanied on any such occasion by any federal, state, and local law enforcement officers selected by it to ensure the safety of personnel acting under this Writ of

Entry. Any interference with anyone acting under the authority of this Writ of Entry shall be deemed a violation of a Court order and may be punished as a contempt, as a violation of 18 U.S.C. § 2232 or as otherwise provided by law.

Issued at Nashville, Tennessee, this <u>15th</u> day of <u>October</u>, 2012.

<u>/s/ William J. Haynes, Jr.</u>
WILLIAM J. HAYNES, JR.
United States Chief District Judge

3